CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 14 2019

JULIA C. DUDLEY, CLERK
BY: 
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 7:19CR21 |
| | ) |
| KEVIN SHANE BRADBURY | ) **INDICTMENT** |
| | ) |
| | ) In violation of: |
| | ) Title 21 U.S.C. §§ 841 (a)(1) |

### COUNT ONE

The Grand Jury charges that:

1. On or about November 12, 2018, in the Western District of Virginia, KEVIN SHANE BRADBURY did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

### COUNT TWO

The Grand Jury further charges that:

1. On or about December 5, 2018, in the Western District of Virginia, KEVIN SHANE BRADBURY did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

## COUNT THREE

The Grand Jury further charges that:

1. On or about January 17, 2019, in the Western District of Virginia, KEVIN SHANE BRADBURY did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B).

## COUNT FOUR

The Grand Jury further charges that:

1. On or about January 17, 2019, in the Western District of Virginia, KEVIN SHANE BRADBURY did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

A TRUE BILL, this 14th day of February, 2019.

THOMAS T. CULLEN
UNITED STATES ATTORNEY

/S/FOREPERSON
FOREPERSON