AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>KEVIN SHANE BRADBURY<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 7:19CR00021-001 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KEVIN SHANE BRADBURY                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

  Violating the Terms and Conditions of Supervised Release imposed by this Court on July 2, 2019.

Date:   06/24/2025

*/s/ Elizabeth K. Dillon*
*Issuing officer's signature*

City and state:   Roanoke, VA

Hon. Elizabeth K. Dillon, Chief U.S. District Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*